United States District Court
for the
Eastern District of Pennsylvania

Walter Loper
     plaintiff                 Case No. 24-2480

        V.

Chester County Prison et al.
     defendants

## Motion for use of U.S. Marshalls

   I, Walter Loper, am asking the courts for the use of the U.S. Marshalls to serve the defendants the complaint of this civil suit. The plaintiff has a notice that the defendants were served the complaint in October 2024, but the plaintiff has not received a response. Its been well over the 30 day deadline, so I'm asking for the assistance of the U.S. Marshalls.

signed: _Walt Loper_                date: 12/10/2024

Name: Walter Loper

United States District Court
for the
Eastern District of Pennsylvania

Walter Loper                                    Case No. 24-2480
        plaintiff

            v.

Chester County Prison et al.
        defendants


<u>Motion for imposition of Marshall's fees on defendants</u>
I, Walter Loper, am asking for the use of the U.S. Marshalls
fees be paid for by the defendants. The plaintiff believes
that the defendants are at fault for the use of the Marshalls
due to them not responding to the complaint in a timely
fashion. Thank you.


Signed: _Walt Loper_                        Date: 12/10/2024


Name: _Walter Loper_



Smart Communications/PA DOC
SCI-Frackville
Walter Loper
QQ4966
P.O. Box 33028
St. Petersburg, FL 33733

United States District Court for
the Eastern District of Pennsylvania
Office of the Clerk
601 Market Street Suite-2609
Philadelphia, PA 19106

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.69
12/12/2024 ZIP 17932
043M31230095

HARRISBURG PA 171
INMATE MAIL
12 DEC 2024 PM 3
PA DEPT OF
CORRECTIONS

RECEIVED
DEC 16 2024

19106-179699