IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LOPER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **WHITESIDE et al** | : | **NO.: 24-cv-2480** |

### O R D E R

**AND NOW**, this **13th** day of **FEBRUARY 2025**, in accordance with the court's procedure for assignment of a United States Magistrate Judge to certain District Court Judges on a rotating basis, it is hereby,

**ORDERED** the United States Magistrate Judge assigned to the above-captioned case is Magistrate (Elizabeth T. Hey). If the District Judge deems referral appropriate, a separate referral order, specifying the reason for referral, will be issued by the District Court Judge.

FOR THE COURT:

**MITCHELL S. GOLDBERG**
**Chief Judge**

ATTEST:

 /s/George Wylesol
**GEORGE WYLESOL**
**Clerk of Court**