IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALTER LOPER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CORPORAL WHITESIDE | : | |
| | : | NO. 24-2480 |
| | : | |

ORDER

    AND NOW, this 2nd day of May, 2025, IT IS HEREBY ORDERED that a **TELEPHONIC** status conference is scheduled before the undersigned on **FRIDAY, MAY 16, 2025, at 9:30 A.M.** The court and parties will dial into the number provided by the prison at SCI Smithfield.

    The senior attorney in charge of the matter for each of the parties is required to personally participate at the conference call. In the event senior counsel is unable to participate, he or she shall arrange for a representative familiar with the case to be present at the time of the conference call.

BY THE COURT:

/s/ ELIZABETH T. HEY

_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE